Name: Krestina E Aziz
Address: 2067 SW 34th St
Gresham, OR 97080
Phone: 971-285-7282

FILED 20 OCT '25 15:32 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISON

Krestina Aziz

Plaintiff(s),

Case No: 3:25-cv-01525-IM

Motion to seal Entire Case

vs.

Intel corporation et al

Defendant(s).

Dear Judge Karen Immergut,

Would you please grant me the privilege to seal all personal information & health information as well as finnancial information/documents submitted to this court under the case nomber mentioned above?

I fear for the elderly parents whom I reside with and don't think the benefits of keeping the documents public outweigh the invasion to my privacy or protected HIPPA rights. I also request this motion to be sealed.

Dated: October 20, 2025    Signature: [signature]