FILED 20 NOV '25 14:51 USDC-ORP

Name: Krestina Aziz
Address: 2067 SW 34th St
Gresham OR, 97080
Phone: 971-285-7282

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISON

Krestina Aziz
    Plaintiff(s),

vs.

Intel Corporation et, el
    Defendant(s).

Case No: 3:25-CV-1525-IM
Motion for RECONSIDERATION of Dismissal of entire complaint

Dear honourable Judge Karin Immergut,

I did the best of my ability to file a proper complaint that can survive dismissal. I read your dismissal letter and as much of the references you included as I could. I realized that Erikson v. Pardus, 551 U.S. 89 (2007) reminds judges that they must assume the factual allegations are true, even if complaint is not perfectly drafted. Intel is a third party. I hope you don't automatically assume I don't know what I'm talking about. My goal is to be as much of a productive citizen as I can be and to help make America & my community an even better place to live & breath by persuing Justice thru the proper channels of our honourable Judicial system.

Dated: Nov. 20, 2025

Signature: Krestina Aziz

Thank you so much for reading a complaint of a pro-se plaintiff.