Name: Krestina E Aziz
Address: 2067 SW 34th St
Gresham OR, 97080
Phone: 971-285-7282

FILED 20 NOV '25 15:14 USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISON

Krestina E Aziz

Plaintiff(s),

vs.

Intel Corporation, et al.

Defendant(s).

Case No: 3:25-CV-1525-IM

Motion to Seal "Application to proceed In forma pauperis"

Dear Honourable Judge Karin Immergut,
Please seal my application to proceed in forma pauperis the application contains sensative personal information that could leave my family & I susceptible to retaliation, identity theft and more. I don't live at the address alone... ~~although~~ my choice to pursue Justice via the judicial system is my own alone, and I don't want to cause harm or place my parents at an elevated risk. I appreciate your consideration to seal my finnancial & S.S info as well. My actual physical card was stolen, this makes my finnancial earnings publicaly stated an extreme risk for masterful identity theft... Sealing the sensitive information in the application protect possible I Theft victims

Dated: Nov. 20, 2025        Signature: Krestina Az